Mary G. Thompson (SBN 249200)
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
mt@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorneys for Defendant Alisa Garcia

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA GARCIA, an individual; ) | Civil Case No.:  07-CV-01741-FCD-GGH |
| ) | |
| Plaintiff ) | |
| v. ) | **NOTICE OF SETTLEMENT AND WITHDRAWAL OF MOTION TO COMPEL DISCOVERY** |
| ) | |
| PROTOCOL RECOVERY SERVICE, ) | |
| INC., a corporation; and DOES 1 ) | |
| through 10 inclusive, ) | |
| ) | |
| Defendants ) | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEY OF RECORDS:

Pursuant to Local Rule 16-160 (a), please take notice that a settlement has been reached in the above-entitled matter. A stipulation of dismissal will be filed with the Court upon completion.

In light of the settlement, Plaintiff withdraws its motion to compel discovery, currently set for hearing by this Court on May 1, 2008.

Dated April 18, 2008.

_____/S/ Mary G. Thompson_____
Mary G. Thompson, Attorney for Plaintiff