UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALISA GARCIA,

        Plaintiff(s),

   v.

PROTOCOL RECOVERY SERVICE, INC.,

        Defendant(s).
_____/

NO. 2:07- cv-1741 FCD/GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

      Pursuant to the representations of the plaintiff, in the above action, the court has determined that this case has settled.

      In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before May 27, 2008.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

      **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

      **IT IS SO ORDERED**.

Dated: April 21, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE